No. 854, Misc. GRAVES v. WAINWRIGHT. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se*. *Earl Faircloth*, Attorney General of Florida, and *Stanley D. Kupiszewski, Jr.*, Assistant Attorney General, for respondent.

No. 912, Misc. PARSON v. DELAWARE. Sup. Ct. Del. Certiorari denied. *Irving Morris* for petitioner. *William Swain Lee*, Deputy Attorney General of Delaware, for respondent.

No. 952, Misc. PAZ-SIERRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Eugene R. Anderson* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1005, Misc. SIRES v. GOODWIN, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1055, Misc. URBANO v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 1067, Misc. MATHIS v. ALABAMA. Sup. Ct. Ala. Certiorari denied. *Charles Morgan, Jr.*, for petitioner. *Richmond M. Flowers*, Attorney General of Alabama, and *David W. Clark*, Assistant Attorney General, for respondent.

No. 1104, Misc. BRITTON v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se*. *John R. Heilman, Jr.*, for respondent.